DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-01-00234-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




TOMMY ANDERSON,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS







PER CURIAM


 Appellant has filed a motion to withdraw notice of appeal. The motion is signed by
Appellant and his counsel. No decision having been delivered by this Court, the motion is granted,
and the appeal is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.


Opinion delivered October 3, 2001.

Panel consisted of Davis,C.J., Worthen, J., and Griffith, J.






DO NOT PUBLISH